UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-00150 JAK (AGRx) | Date | March 10, 2021 |
|---|---|---|---|
| Title | Dasan Trading, Co., Ltd. v. Va Va Voom, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE CONSOLIDATION JS-6**

In accordance with the August 28, 2020 Order Re Consolidation (Dkt. 27), this action has been consolidated with Dasan Trading, Co. Ltd. v. Va Va Voom, et al., No. LA CV 20-00149-JAK (JEMx) ("Dasan I"). All filings as to the claims originally asserted in either action shall be filed solely on the docket for Dasan I. The docket for this action is closed. The Application for Default Judgment (Dkt. 25) and Motion to Set Aside Default (Dkt. 28) that were filed in this action have been resolved by the November 4, 2020 Order entered in Dasan I.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | TJ | |